Electronically Filed
Supreme Court
SCWC-15-0000119
21-SEP-2016
01:08 PM

SCWC-15-0000119

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ASSOCIATION OF APARTMENT OWNERS OF CENTURY CENTER, INC., by and through its Board of Directors, Petitioner/Plaintiff-Appellee,

vs.

LILY NOMURA and RICHARD LEE, Respondents/Defendants-Appellants,

and

ALOHA RAINBOW INVESTMENTS, INC., TAI YAMATO, WALTER SHINN, PATRICIA SHIPLEY, LISA DO, SEAN CHAMBERLAIN, MICHAEL LIGHT, JAYSON PARK, ANTHONY WILLIAMS, JOHN PAUL PONDOC, LANE RICHARD, and JUAN MANUAL GUTIERREZ ALVARADO, Respondents/Defendants-Appellees,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000119; CIV. NO. 1RC14-1-9031)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ of Certiorari filed on August 8, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 21, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

